IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 05-cv-02202-AP

ELOIS CADE-BRYANT,

     Plaintiff,

v.

JO ANNE BARNHART, Commissioner of Social Security,

     Defendant.

## ORDER CLARIFYING AWARD OF ATTORNEY FEES UNDER 42 U.S.C. § 406(b)

**Blackburn, J.**

The matter comes before the court on the plaintiff's **Motion Clarifying Award of Attorney Fees Under 42 U.S.C. § 406(b)** [#22] filed November 10, 2008. After careful review of the motion and the file, the court has concluded that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Motion Clarifying Award of Attorney Fees Under 42 U.S.C. § 406(b)** [#22] filed November 10, 2008, is **GRANTED**; and

2. That plaintiff's attorney shall be entitled to receive and defendant shall pay a net attorney fee of $4,440.25 after offset of EAJA fees, under 42 U.S.C. § 406(b), for the representation provided by plaintiff's attorney in this action.

Dated November 12, 2008, at Denver, Colorado.

                                        **BY THE COURT:**

                                        **s/ Robert E. Blackburn**
                                        **Robert E. Blackburn**
                                        **United States District Judge**